IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Karecki, John V | Case Number: 08 B 23275 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/06/09 | Filed: 9/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 618.44 | 0.00 |
| 4. | Midland Credit Management | Unsecured | 665.41 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 2,650.20 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 213.20 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 853.84 | 0.00 |
| 8. | Chase Bank | Unsecured | 224.94 | 0.00 |
| 9. | Cook County Treasurer | Secured | | No Claim Filed |
| 10. | AFNI | Unsecured | | No Claim Filed |
| 11. | Protection One | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 14. | Home Depot | Unsecured | | No Claim Filed |
| 15. | Methodist Hospital | Unsecured | | No Claim Filed |
| | | | $ 5,226.03 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Karecki, John V

Printed: 01/06/09

Case Number: 08 B 23275
Judge: Goldgar, A. Benjamin
Filed: 9/3/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

